# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv68

| | |
|---|---|
| NANCY ACITELLI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ATLANTIC HEATING & COOLING, )<br>INC., d/b/a ATLANTIC HEATING & )<br>COOLING OF HORRY, INC., and )<br>JAMES D. SHEPHERD, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff filed her Complaint on February 24, 2009 against the Defendants Atlantic Heating & Cooling, Inc., d/b/a Atlantic Heating & Cooling of Horry, Inc., and James D. Shepherd. [Doc. 1]. The Defendants filed an Answer to the Plaintiff's Complaint on March 23, 2009. [Doc. 7].

Local Rule 16.1 provides that no later than fourteen (14) days from joinder of the issues, the parties or their counsel shall conduct an Initial Attorney's Conference ("IAC"). LCvR 16.1(A). "Joinder of the issues" occurs when the final answer to a complaint has been filed or the time for doing so

has expired. LCvR 16.1(D). Within five (5) days of the IAC, the parties are required to file a Certification of Initial Attorney's Conference ("CIAC") with the Court. LCvR 16.1(B).

As joinder of the issues has occurred in this case, the parties are now required to conduct an IAC. Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall conduct an Initial Attorney's Conference within ten (10) days of the entry of this Order, if they have not already done so, and shall file certification thereof with the Court within five (5) days thereafter.

**IT IS SO ORDERED**.

Signed: April 17, 2009

Martin Reidinger
United States District Judge