IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:09-CV-68-DSC

| | |
|---|---|
| NANCY ACITELLI,<br>a resident of North Carolina,<br><br>    Plaintiff,<br><br>vs.<br><br>ATLANTIC HEATING & COOLING, INC.,<br>d/b/a Atlantic Heating & Cooling of Horry,<br>Inc., a South Carolina Corporation, and<br><br>JAMES D. SHEPHERD, a resident of South<br>Carolina, individually and as an employee<br>and/or agent of Atlantic Heating & Cooling,<br>Inc.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**THIS MATTER** comes before the Court <u>sua sponte</u> following telephone conferences with Plaintiff's counsel regarding his impending surgery. It appearing to the Court that good cause exists, the trial of this action is hereby continued and the matter is set for trial beginning January 31, 2011.

**SO ORDERED**.

Signed: August 13, 2010

David S. Cayer
United States Magistrate Judge