IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO. 3:09CV68-DSC

| | |
|---|---|
| NANCY ACITELLI,<br>a resident of North Carolina,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC HEATING & COOLING, INC.,<br>d/b/a Atlantic Heating & Cooling of Horry, Inc.,<br>a South Carolina Corporation, and<br>JAMES D. SHEPHERD, a resident of South<br>Carolina, individually and as an employee<br>and/or agent of Atlantic Heating & Cooling, Inc.,<br><br>    Defendants. | JUDGMENT<br>AND<br>SATISFACTION |

THIS MATTER came on to be heard and was heard before a jury and the undersigned United States Magistrate Judge Presiding during the January 31, 2011 session of the United States District Court for the Western District of North Carolina. The issues were duly tried and answered by the jury as follows:

    **Issue No. 1:**    Was the plaintiff injured as a result of the negligence of the defendants?

        **ANSWER:**    YES

    **Issue No. 2:**    What amount is the plaintiff entitled to recover for personal injury?

        **ANSWER:**    $1,300,000.00

NOW, THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that Plaintiff shall have and recover from Defendants, Atlantic Heating & Cooling, Inc. and James D. Shepherd, the sum of One Million Three Hundred Thousand Dollars ($1,300,000.00) plus

prejudgment interest at the maximum legal rate per annum from the date of the filing of the Complaint on February 24, 2009 to the date of entry of this judgment and post-judgment interest thereafter.

IT IS FURTHER **ORDERED, ADJUDGED AND DECREED** that, by and through an agreement of the parties, the maximum amount to be paid by the Defendants, Atlantic Heating & Cooling, Inc. and James D. Shepherd, to satisfy this judgment shall be One Million Dollars ($1,000,000.00).

IT IS FURTHER **ORDERED, ADJUDGED AND DECREED** that Defendants, Atlantic Heating & Cooling, Inc. and James D. Shepherd have, as of this date, fully and completely satisfied this judgment by payment of One Million Dollars ($1,000,000.00) to the Plaintiff Nancy Acitelli and this judgment is hereby satisfied in full.

**SO ORDERED.**   Signed: March 22, 2011

_____
David S. Cayer
United States Magistrate Judge